_____  Dated: _____, 2019
Juan Torres

_____  Dated: _____, 2019
Buenaventura Casiano Mendoza

_____  Dated: _____, 2019
Gerardo Contreras Morales

_____  Dated: _____, 2019
Dioneldo Velasquez Navarro

_____  Dated: _____, 2019
Eduardo Solano Garcia (a/k/a Florente)

_____  Dated: _____, 2019
Enrique Romero

_____  Dated: _____, 2019
Jose Gerardo Carretero Gutierrez

_____  Dated: _____, 2019
Jose Mario Ubaldo Moreno

_____  Dated: _____, 2019
Gabino Pajarito

_____  Dated: _____, 2019
Javier Hernandez

_____  Dated: _____, 2019

ETHOS GALLERY 51, LLC
X By: _[signature]_____
Dated: _____

6

X _____[signature]_____
75 HA RESTAURANT LLC

By: _____
Dated: _____

X _____[signature]_____
LITTLE WEST RESTAURANT, LLC

By: _____
Dated: _____

X _____     Dated: _____, 2019
Ioannis Chatiris, Individually

_____[signature]_____     Dated: _____, 2019
Christos Panagiotopoulos, Individually

7