**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
JAVIER HERNANDEZ, *individually and on behalf of others similarly situated,*

                *Plaintiff,*        **1:18-cv-08675 (GHW)**

     -against-

ETHOS GALLERY 51, LLC (d/b/a ETHOS GALLERY 51), CHRISTOS PANAGIOTOPOULOS and IOANNIS CHATIRIS,

                *Defendants.*
-------------------------------------------------------X

JUAN TORRES, BUENAVENTURA CASIANO MENDOZA, GERARDO CONTRERAS MORALES, DIONELDO VELASQUEZ NAVARRO, FLORENTE SOLANO GARCIA, ENRIQUE ROMERO, JOSE GERARDO CARRETERO GUTIERREZ, JOSE MARIO UBALDO MORENO, GABINO PAJARITO,    **1:17-cv-02064 (GHW)**

               *Plaintiffs,*

     -against-

ETHOS GALLERY 51, LLC, LITTLE WEST RESTAURANT LLC, (d/b/a ETHOS GALLERY 51), IOANNIS CHATIRIS, and CHRISTOS PANAGIOTOPOULOS,

                *Defendants.*
-------------------------------------------------------X

## AFFIDAVIT OF YOLANDA RIVERO IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF FLSA SETTLEMENT

I, Yolanda Rivero, being duly sworn, deposes and says:

    1.    I am an attorney admitted before this Court. I am an associate attorney of

the firm Michael Faillace & Associates, P.C. ("MFA"); attorneys for the Plaintiffs in the above-referenced actions.

2. I am one of the lawyers primarily responsible for the prosecution of Plaintiffs' claims against Defendants in both the above-referenced actions.

3. I make these statements based on personal knowledge and would so testify if called as a witness at trial.

4. To date, our firm's efforts in litigating and settling this action have been without compensation.

5. The Named Plaintiffs agreed to Plaintiffs' counsel's fees of up to one-third (1/3) of the settlement fund and reimbursement for costs. Specifically, they agreed in their individually negotiated retainer agreements that MFA would recover up to one-third of the gross settlement, plus litigation costs.

6. I graduated from Albany Law School at Union Univercity and have approximately twenty (20) years of experience practicing within the Southern and Eastern districts of New York and the New York State court system. I specifically practiced litigating Fair Labor Standards Act and New York Labor Law unpaid wages lawsuits throughout six (6) with MFA, and have returned to MFA since April 2019. My hourly billable rate is $300.00.

7. Michael A. Faillace is the Managing Member of MFA, and has been in practice since 1983. From 1983 to 2000, Mr. Faillace was in-house Employment Counsel with International Business Machines Corporation (IBM). He has also taught employment discrimination as an Adjunct Professor at Fordham University School of

Law since 1992 and at Seton Hall University Law School from 1995 to 1998. Mr Faillace is also a nationally-renowned speaker and writer on employment law. He is also the author of the ADA, Disability Law Deskbook: The Americans with Disabilities Act in the Workplace, published by Practicing Law Institute (PLI), and other employment law publications and presentations. Mr. Faillace's hourly billable rate is $450.00.

8. Sara Isaacson was an associate at MFA. She graduated from Benjamin N. Cardozo School of Law. During law school, Ms. Isaacson worked as a law clerk at the employment firm of Virginia & Ambinder, LLP. After graduating law school, Ms. Isaacson worked at a commercial litigation firm which also specialized in the defense of wage and hour litigation. Ms. Isaacson worked at MFA from May 2017 through February 2019, and she was responsible for all aspects of the firm's employment docket in federal court. Ms. Isaacson's hourly billable rate was $175.00.

9. MFA employs paralegals, and their designation is PL. All of the paralegals have a bachelor's degree and are fluent in English and Spanish. The paralegal hourly billable rate is $100.00.

10. Based on our firm's extensive experience in precisely this type of litigation and our thorough familiarity with the factual and legal issues in this case, we have reached the firm conclusion that the proposed Settlement is clearly in the best interests of the Plaintiffs.

11. To date, we have spent approximately 90.40 hours in prosecuting and settling this matter and we anticipate expending more hours after the date of this affidavit in administering the settlement approval and payout process.

12. The hours reported are reasonable for a case of this complexity and

magnitude and were compiled from contemporaneous time records maintained by each attorney and paralegal participating in this case. A copy of MFA's contemporaneous time records for this matter are attached hereto as **Exhibit 1** and as **Exhibit 2**.

13. I declare under penalty of perjury, under 28 U.S.C.§1746, that the foregoing is true and correct.

Executed:   New York, NY
            December 26, 2019

                                    /s/ Yolanda Rivero
                                    Yolanda Rivero , Esq.
                                    **Michael Faillace & Associates, P.C.**
                                    60 East 42nd Street, Suite 4510
                                    New York, NY 10165
                                    Telephone: (212) 317-1200
                                    Facsimile: (212) 317-1620
                                    Email: yrivero@faillacelaw.com
                                    *Attorneys for Plaintiffs*